```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

SANDRA HILL,                         *

      Plaintiff             *

vs.                                  *
                                       CASE NO. 4:05-CV-157 (CDL)
AMERICAN GENERAL LIFE INSURANCE      *
COMPANY, formerly All American
Life Insurance Company,              *

      Defendant             *

## O R D E R

Defendant/Counterclaimant has filed a motion to add additional parties as defendants to its counterclaim (Doc. 5).  Defendant's counterclaim alleges that it is a disinterested stakeholder regarding certain insurance proceeds and seeks to interplead these proceeds to allow the competing claimants to assert their claims to those proceeds in this action.  Defendant seeks to add additional parties who Defendant alleges have made claims to the insurance proceeds.  The other parties to this action have filed no opposition or response to Defendant's motion.

The Court finds that Defendant's motion should be granted.  Accordingly, the Court grants Defendant leave to add the additional parties pursuant to its motion.  Defendant shall have the appropriate summons issued by the Clerk and have the action served upon the additional parties along with a copy of this Order.  The added

parties shall have twenty (20) days from the date of service of the counterclaim upon them to plead to the counterclaim.

IT IS SO ORDERED, this 16th day of February, 2006.

                                                 S/Clay D. Land
                                                        CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE